SEND

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.    **CV 08-4156-VBF**                                              Dated: **June 26, 2008**

Title:      In Re Teresa Jean Moore

---

**PRESENT:**   HONORABLE VALERIE BAKER FAIRBANK, U.S. DISTRICT JUDGE

| Rita Sanchez | None Present |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:   ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                        None Present

**PROCEEDINGS (IN CHAMBERS):**   COURT ORDER DENYING EMERGENCY STAY MOTION PENDING APPEAL [fld 6/24/08]

The court has received and read Appellant's Emergency Stay Motion Pending Appeal. The motion is denied, as the Appellant has provided insufficient support to demonstrate she is entitled to the emergency relief sought.

MINUTES FORM 90                                         Initials of Deputy Clerk   rs
CIVIL - GEN